## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   RAUL OROZCO                                        CASE NO: 08-11480
                                                            CHAPTER 13

         DEBTORS(S)                                         JUDGE: JACQUELINE P COX

                                                            NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   CHASE MANHATTAN MORTGAGE CORP

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 1625065757 | $ 12,480.99 | $ 12,780.99 | $ 12,780.99 |

Total Amount Paid the Trustee                                              $   12,780.99

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                    __ Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of June, 2012.

Debtor(s)

RAUL OROZCO
2006 DES PLAINES ST
BLUE ISLAND IL 60406-3108

Debtors Attorney

TIMOTHY K LIOU
900 W WASHINGTON BLVD
CHICAGO IL 606072298

Addtional Creditors

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Additional Creditors

CHASE HOME FINANCE
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602

Mortgage Arrearage Creditor

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill 60603

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOI S
## EASTERN DIVISION

IN RE:    RAUL OROZCO                                    CASE NO: 08-11480
                                                         CHAPTER 13

          DEBTORS(S)                                     JUDGE: JACQUELINE P COX

                                                         NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    CHASE MANHATTAN MORTGAGE CORP

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 1625065757 | $ 12,480.99 | $ 12,780.99 | $ 12,780.99 |

Total Amount Paid the Trustee                                                    $  12,780.99

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                    __   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:08-11480

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of   June, 2012.

Debtor(s)

RAUL OROZCO
2006 DES PLAINES ST
BLUE ISLAND IL 60406-3108

Debtors Attorney

TIMOTHY K LIOU
900 W WASHINGTON BLVD
CHICAGO IL 606072298

Addtional Creditors

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Additional Creditors

CHASE HOME FINANCE
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602

Mortgage Arrearage Creditor

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOI S
# EASTERN DIVISION

IN RE:   RAUL OROZCO                               CASE NO: 08-11480
                                                   CHAPTER 13

         DEBTORS(S)                                JUDGE: JACQUELINE P COX

                                                   NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   CHASE MANHATTAN MORTGAGE CORP

------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 1625065757 | $ 12,480.99 | $ 12,780.99 | $ 12,780.99 |

Total Amount Paid the Trustee                                              $   12,780.99

------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

X   Through the Chapter 13 Conduit                    __ Direct by the Debtor(s)

------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of   June, 2012.

Debtor(s)

RAUL OROZCO
2006 DES PLAINES ST
BLUE ISLAND IL 60406-3108

Debtors Attorney

TIMOTHY K LIOU
900 W WASHINGTON BLVD
CHICAGO IL 606072298

Addtional Creditors

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Additional Creditors

CHASE HOME FINANCE
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602

Mortgage Arrearage Creditor

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOI**S
**EASTERN DIVISION**

IN RE:   RAUL OROZCO                                         CASE NO: 08-11480
                                                             CHAPTER 13

         DEBTORS(S)                                          JUDGE:  JACQUELINE P COX

                                                             NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   CHASE MANHATTAN MORTGAGE CORP

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 1625065757 | $ 12,480.99 | $ 12,780.99 | $ 12,780.99 |

Total Amount Paid the Trustee                                                            $   12,780.99

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

X   Through the Chapter 13 Conduit                              __ Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:08-11480

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of   June, 2012.

<u>Debtor(s)</u>

RAUL OROZCO
2006 DES PLAINES ST
BLUE ISLAND IL 60406-3108

<u>Debtors Attorney</u>

TIMOTHY K LIOU
900 W WASHINGTON BLVD
CHICAGO IL 606072298

<u>Addtional Creditors</u>

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

<u>Additional Creditors</u>

CHASE HOME FINANCE
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602

<u>Mortgage Arrearage Creditor</u>

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:    RAUL OROZCO                                    CASE NO: 08-11480
                                                         CHAPTER 13

          DEBTORS(S)                                     JUDGE: JACQUELINE P COX

                                                         NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    CHASE MANHATTAN MORTGAGE CORP

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 1625065757 | $ 12,480.99 | $ 12,780.99 | $ 12,780.99 |

Total Amount Paid the Trustee                                          $  12,780.99

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                    __ Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:08-11480

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of    June, 2012.

Debtor(s)

RAUL OROZCO
2006 DES PLAINES ST
BLUE ISLAND IL 60406-3108

Debtors Attorney

TIMOTHY K LIOU
900 W WASHINGTON BLVD
CHICAGO IL 606072298

Addtional Creditors

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Additional Creditors

CHASE HOME FINANCE
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO IL 60602

Mortgage Arrearage Creditor

CHASE MANHATTAN MORTGAGE CORP
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603